IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| ROBERT TILTON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV 98-C-2380-NE |
| ) | |
| SHERIFF JOE WHISANTE, CAPTAIN ) | |
| GUTHRIE and NURSE QUICK, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 29, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed in part for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). Specifically, the magistrate judge recommended that (1) all of plaintiff's claims against Madison County, (2) all of plaintiff's claims concerning the conditions under which he was confined, (3) plaintiff's claims related to the return of his book, (4) plaintiff's denial of access to courts claim, and (5) plaintiff's claim that he "never once had contact with any medical personnel" be dismissed pursuant to 28 U.S.C.§ 1915A(b)(1). No objections were filed.

The magistrate judge further recommended that plaintiff's inadequate visitation claim against Sheriff Whisante and his denial of medical care claims against Nurse Quick and Captain Guthrie be referred to the magistrate judge for further proceedings.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's

report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the claims described herein are due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). The remaining claims described herein are due to be referred to the magistrate judge for further proceedings. An appropriate order will be entered.

DATED this 7th day of May ,2001.

_____
Chief United States District Judge
U. W. Clemon